AO442(Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**FILED**
MAR 14 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA
V.

David Webb

**WARRANT FOR ARREST**

CASE NUMBER: 2006R00227

06 - 77 - M - 01

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___David Webb___
                                          Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

on or about January 25, 2006 to February 19, 2006, knowingly transporting or shipping in interstate or foreign commerce by any means, including by computer, visual depictions, the production of which involved the use of a minor engaging in sexually explicit conduct, and the visual depictions are of such conduct.

in violation of Title __18__, United States Code, Section(s) __§ 2252__.

ALAN KAY
Name of Issuing Officer — U.S. MAGISTRATE JUDGE

ALAN KAY
Title of Issuing Officer — U.S. MAGISTRATE JUDGE

[signature]
Signature of Issuing Officer

FEB 23 2006  District of Columbia
Date and Location

Bail fixed at $ _____ by _____
                                    Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | | |
| DATE RECEIVED<br>2-23-06<br>DATE OF ARREST<br>3-14-06 | NAME AND TITLE OF ARRESTING OFFICER<br>Sean McLeod<br>SDUSM | SIGNATURE OF ARRESTING OFFICER<br>Sean McLeod |