UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on September 30, 2004

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. |
| v. | : | MAGISTRATE NO. 06-0077M-01 (CR) |
| **DAVID WEBB,** | : | VIOLATIONS: 18 U.S.C. §§2252A (a)(1) |
| **Defendant.** | : | and 2256 |
| | : | (Transporting or Shipping Material |
| | : | Involving Child Pornography) |

## I N D I C T M E N T

The Grand Jury charges that:

### COUNT ONE

On or about February 16, 2006, within the District of Columbia and elsewhere, the defendant, **DAVID WEBB**, knowingly transported and shipped in interstate and foreign commerce by any means, including by computer, child pornography.

(**Transporting or Shipping Material Involving Child Pornography**, in violation of Title 18, United States Code, Sections 2252A(a)(1) and 2256)

### COUNT TWO

On or about February 19, 2006, within the District of Columbia and elsewhere, the defendant, **DAVID WEBB**, knowingly transported and shipped in interstate and foreign commerce by any means, including by computer, child pornography.

(**Transporting or Shipping Material Involving Child Pornography**, in violation of Title 18, United States Code, Sections 2252A(a)(1) and 2256)

A TRUE BILL:


FOREPERSON.

Attorney of the United States in
and for the District of Columbia