UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA | : | Criminal No: 06-87 (EGS) |
| | : | |
| | : | Violations: |
| v. | : | |
| | : | 18 U.S.C. §2252A9(a)(1) and 2256 |
| | : | (Transporting or Shipping Material Involving |
| DAVID WEBB, | : | Child Pornography) |
| | : | |
| Defendant. | : | 18 U.S.C. §2252A(a)(5) and 2256 |
| | : | (Possession of Material Involving Child |
| | : | Pornography) |

SUPERCEDING INFORMATION

The United States Attorney charges:

### COUNT ONE

On or about February 16, 2006, within the District of Columbia and elsewhere, the defendant, DAVID WEBB, knowingly transported and shipped in interstate and foreign commerce by any means, including by computer, child pornography.

(**Transporting or Shipping Material Involving Child Pornography**, in violation of Title 18, United States Code, Sections 2252A9A(a)(1) and 2256).

**COUNT TWO**

On or about February 22, 2006, within the Northern District of West Virginia, the defendant, DAVID WEBB, knowingly possessed items of child pornography, which had been transported, shipped, or mailed in interstate or foreign commerce, including by computer.

(**Possession of Material Involving Child Pornography**, in violation of Title 18, United States Code, Sections 2252A(a)(5) and 2256).

        KENNETH L. WAINSTEIN
        United States Attorney
        for the District of Columbia
        D.C. Bar Number 451058

By: _____
        CATHERINE CONNELLY
        Mass. Bar # 649-430
        Assistant United States Attorney
        United States Attorneys Office
        555 4th Street, N.W.
        Washington, D.C.  20530
        (202) 616-3384