**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES
          Plaintiff,

    vs.                                    Criminal No. 06-87  (EGS)
DAVID WEBB
          Defendant.
_____/


AMENDED ORDER

On **JUNE 28, 2006**, the defendant pled guilty to the Information.

Accordingly, the U.S. Probation Department shall prepare and file a pre-sentence report by no later than **AUGUST 31, 2006**; defendant's memorandum of law, if any shall be filed by no later than **SEPTEMBER 7, 2006**; the Government's memorandum of law, if any shall be filed by no later than **SEPTEMBER 14,  2006,** a reply, if any, shall be filed by no later than **SEPTEMBER 21, 2006**; and it is further

ORDERED that the defendant shall be sentenced in Courtroom #24A, 4th Floor on **SEPTEMBER 28, 2006 AT 11:00 P.M.**

IT IS SO ORDERED.


DATE: June 28, 2006      EMMET G. SULLIVAN
                         UNITED STATES DISTRICT JUDGE