UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 06-87 (EGS) |
| | : | |
| v. | : | |
| | : | |
| DAVID WEBB | : | |

FILED

JUN 2 8 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### WAIVER OF VENUE

I, David Webb, having been advised by counsel of my right pursuant to the Sixth Amendment to the Constitution of the United States and Fed. R. Crim. P. 18, be prosecuted and tried for the offense of Possession of Material Involving Child Pornography, in violation of 18 U.S.C. §§ 2252A(a)(5) and 2256, as charged in Count Two of the Superseding Information, within the Northern District of West Virginia, after consultation with counsel, knowingly and voluntarily consent to being prosecuted for that offense in the District of the District of Columbia.

_____
DAVID WEBB
Defendant

_____
DAVID BOS
Counsel for Defendant

Approved