UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JUN 2 8 2006

UNITED STATES
    Plaintiff,

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Criminal No. 06-87(EGS)

DAVID WEBB
    Defendant

### WAIVER OF INDICTMENT

I, DAVID WEBB the above named defendant, who is accused of _transporting or shipping material involving child pornography and possession of material involving child pornography_ being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _June 28, 2006_ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
    Judicial Officer

AO 455(Rev.5/85) Waiver of Indictment