**FILED**

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

JUN 2 8 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**UNITED STATES**
    Plaintiff,

  vs.                                Criminal No. 06-87 (EGS)
**DAVID WEBB**
    Defendant.

### WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
Defendant

_____
Counsel for Defendant

I Consent:

_____
Assistant United States Attorney

Approved:

_____
Judicial Officer

CO-526 (12/86)