UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>     Plaintiff, )<br>     v. )<br> )<br>DAVID WEBB )<br> )<br>     Defendant. )<br> ) | Crim No. 06-87 (EGS) |

## UNOPPOSED MOTION TO CONTINUE SENTENCING

Defendant, David Webb, through undersigned counsel, respectfully moves this Court to continue the presently scheduled sentencing in this case for twenty-one (21) days. As grounds for this motion, counsel states:

1. The Defendant's sentencing date is presently set for September 29, 2006.

2. Counsel for the Defendant is still in the process of preparing the Defendant's memorandum in aide of sentencing, which is due on today's date. Before completing the Defendant's sentencing memorandum, counsel for the Defendant would like the opportunity to meet with government counsel to discuss newly raised issues in the Pre-Sentence Report. Because of commitments in other cases, however, counsel for the Defendant has been unable to meet with government counsel. Counsel for the Defendant has now contacted government counsel and arranged to meet with government counsel to discuss the Pre-Sentence Report early next week.

Counsel therefore request that 1) the sentencing in this case be continued for 21 days and 2) that the deadline for filing sentencing memorandum by both parties be extended to October 12, 2006.

The Government, per Assistant United States Attorney Catherine Connelly, does not object to this request.

WHEREFORE, defendant respectfully requests that this motion be granted.

Respectfully submitted,

A.J. Kramer
Federal Public Defender

/s/

---

David W. Bos
Assistant Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500, ext. 118

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that a copy of the foregoing Motion has been served on counsel for the government, AUSA Catherinie Connelly

/s/

---

David W. Bos