HONORABLE EMMET G. SULLIVAN, UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
OCT 2 0 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: <u>06-087-01</u> |
| vs. | : | SSN: <u>N/A</u> |
| WEBB, David | : | Disclosure Date: <u>August 24, 2006</u> |

## RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

**For the Government**

(CHECK APPROPRIATE BOX)

( )   There are no material/factual inaccuracies therein.

( )   There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____          _____
**Prosecuting Attorney**                              Date

**For the Defendant**

(CHECK APPROPRIATE BOX)

( )   There are no material/factual inaccuracies therein.

(X)   There are material/factual inaccuracies in the PSI report as set forth in the attachment.

9-11-06  [signature]                    _____ Defendant
Date          Defense Counsel               Date

## NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32.2, those executing this form shall first submit any material inaccuracies or disputes in writing by <u>September 7, 2006</u>, to U.S. Probation Officer **Michael Penders**, telephone number <u>(202) 565-1379</u>, fax number <u>(202) 273-0242</u>.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

By:   Richard A. Houck, Jr., Chief
      United States Probation Officer

FEDERAL PUBLIC DEFENDER
DISTRICT OF COLUMBIA
SUITE 550
625 INDIANA AVENUE, N.W.
WASHINGTON, D.C. 20004

A. J. KRAMER
*Federal Public Defender*

TELEPHONE (202) 208-7500
FAX (202) 208-7515

September 11, 2006

Michael Penders
United States Probation Officer
E. Barrett Prettyman United States Courthouse
333 Constitution Avenue, N.W.
Washington, DC 20001

        RE:   United States v. David Webb
                Crim. No. 06-87

Dear Mr. Penders:

     Enclosed please find the Defendant's Objections and Comments to the pre-sentence report prepared in connection with the above referenced case.

     **Paragraphs 27 through 30:** As noted in the Government's Receipt and Acknowledgment, pursuant to Paragraph 4 of the Plea Agreement, the only adjustment to the base offense level in this case under USSG §2G2.2 is that Mr. Webb "possessed at least 150, but less than 300, still images of child pornography," resulting in a 3 point adjustment to the base offense level. Therefore, the adjustments pursuant to USSG §2G2.2(b)(2)(material involved a prepubescent minor), (b)(3)(C)(material was distributed to a minor) and (b)(6)(computer used to facilitate offense) do not apply in this case.

     **Paragraph 34 and 36:** With corrections noted above the adjusted offense level is 27 and the total offense level is 24.

     **Paragraph 80:** Based on a total offense level of 24 and a criminal history category of III, the guideline range for imprisonment is 63-78 months.

                                   Sincerely,

                                   David W. Bos
                                   Assistant Federal Public Defender