UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| Plaintiff, ) | |
| v. ) | Crim No. 06-87 (EGS) |
| ) | |
| **DAVID WEBB** ) | |
| ) | |
| Defendant. ) | |

### UNOPPOSED MOTION TO CONTINUE SENTENCING

Defendant, David Webb, through undersigned counsel, respectfully moves this Court to continue the presently scheduled sentencing until after January 8, 2007. As grounds for this motion, counsel states:

1. The Defendant's sentencing date is presently set for December 15, 2006.

2. Beginning December 14, 2006, and until January 3, 2007, counsel for the Defendant will be out of the office on medical leave. Given the nature of the sentencing in this case, and the complexities of the issues remaining to be resolved at sentencing, counsel is not comfortable having another attorney from the Federal Defender Service conduct the sentencing hearing in this case. Counsel therefore requests that the Defendant's sentencing be continued until after counsel returns from medical leave.

3. The Government, per Assistant United States Attorney Catherine Connelly, does not oppose this request.

WHEREFORE, defendant respectfully requests that this motion be granted.

        Respectfully submitted,

        A.J. Kramer
        Federal Public Defender

        _____/s/_____
        David W. Bos
        Assistant Federal Public Defender
        625 Indiana Ave., N.W., Suite 550
        Washington, D.C.  20004
        (202) 208-7500, ext. 118

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY, that a copy of the foregoing Motion has been served on counsel for the government, AUSA Catherine Connelly this 12th day of December, 2006.

        _____/s/_____
        David W. Bos

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>       Plaintiff, )<br>  v. )<br>       )<br>DAVID WEBB )<br>       )<br>       Defendant. ) | Crim No. 06-87 (EGS) |

**ORDER**

Upon consideration of defendant's motion to continue the presently scheduled sentencing, it is this _____ day of December, 2006,

**ORDERED** that sentencing scheduled for December 15, 2006, be rescheduled to _____, 2007 at _____ .m.

                                                                                                                       _____
                                                                                                                       EMMET G. SULLIVAN
                                                                                                                       UNITED STATES DISTRICT JUDGE

cc:

David W. Bos
Assistant Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, D.C.  20004

Catherine Connelly
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20001