# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 06-87 (EGS)** |
| | : | |
| v. | : | |
| | : | |
| | : | |
| **DAVID WEBB** | : | |
| | : | |

## MOTION FOR ENLARGEMENT OF TIME

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves this court for an enlargement of time in which to file its response to Defendant's Supplemental Memorandum of Law in Aid of Sentencing. In support of this motion, the government submits the following:

On March 30, 2007, defendant filed a Supplemental Memorandum of Law in Aid of Sentencing. However, because of a clerical error, the Memorandum that was filed on PACER (and thus provided to government counsel) was, in fact, a duplicate of the defendant's initial Memorandum in Aid of Sentencing filed on October 19, 2006. Government counsel received the correct version of defendant's Supplemental Memorandum of Law in Aid of Sentencing on April 18, 2007. This Supplemental Memorandum contains new arguments and case cites. As such, the government seeks additional time to respond to Defendant's Supplemental Memorandum of Law in Aid of Sentencing.

WHEREFORE, for the reasons stated above, the government respectfully requests that the Court enlarge the time within which the government was otherwise ordered to respond

to Defendant's Memo.

                                      Respectfully submitted,

                                      JEFFREY A. TAYLOR
                                      United States Attorney
                                        Bar No. 451058

                                        _____
                                        Catherine K. Connelly
                                        Assistant United States Attorney
                                        Major Crimes Section, Mass.  Bar No. 649430
                                        555 4th Street, N.W.  #4844
                                        Washington, DC 20001
                                        (202)616-3384; Fax: 353-9414

                                  CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that I caused a copy of the foregoing to be served upon the attorney for the defendant, David Bos, this 18th day of April, 2007.

                                        _____
                                        Catherine Connelly
                                        Assistant United States Attorney