UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 06-87 (EGS)** |
| | : | |
| v. | : | |
| | : | |
| | : | |
| **DAVID WEBB** | : | |

### ORDER

Upon consideration of the government's Motion for Enlargement of Time, and the record herein, it is this _____ day of April, 2007, hereby

ORDERED, that the government's motion is GRANTED. The government's response to defendant's Memorandum Supplemental Memorandum in Aid of Sentencing is enlarged to April 23, 2007.

                                        _____
                                        UNITED STATES DISTRICT JUDGE

copies to:

Catherine K. Connelly
U.S. Attorney's Office
Room 4844
555 4th Street, NW
Washington, DC 20530

David Bos
Assistant Federal Public Defender
625 Indiana Avenue, NW
Suite 550
Washington, DC 20004