UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA           :

                    vs.            :   Criminal No.   06-87 (EGS)

DAVID WEBB                         :

## NOTICE OF APPEAL

**Name and address of appellant:**          David Webb

**Name and address of appellant's attorney:**   David Bos
                                                Federal Public Defender
                                                625 Indiana Ave., W., Suite 550
                                                Washington, DC 20004

**Offense:**   18 U.S.C. 2252A(a)(1) and 2256     Transportation or Shipping Material Involving Child Pornography

               18 U.S.C. 2252A(a)(5) and 2256     Possession of Material Involving Child Pornography

**Concise statement of judgment or order, giving date, and any sentence:**

One hundred forty five months as to Count one; 120 Months as to Count two; Counts shall be served concurrently.

**Name of institution where now confined, if not on bail:** DC jail

I, the above-named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia from the above-stated judgment.


__05/15/07_____                    _____David Webb_____
DATE                                           APPELLANT

                                        _____[signature]_____
CJA, NO FEE _____              David W. Bos
PAID USDC FEE _____              ATTORNEY FOR APPELLANT
PAID USCA FEE _____